**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| AMORE RESTAURANT AND<br>NORGUARD INSURANCE COMPANY | : No. 213 MAL 2014<br>:<br>: |
| v. | : Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>: |
| WORKERS' COMPENSATION APPEAL<br>BOARD (CARLA HAYES) | :<br>:<br>:<br>: |
| PETITION OF: CARLA HAYES | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.